UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

Christopher Robinson,

    Plaintiff,

       v.                              Case No. 1:24cv286

City of Middletown Police
Department, et al.

    Defendants.

## ORDER

This matter is before the Court on the Report and Recommendation ("R&R") filed by the Magistrate Judge on May 24, 2024 (Doc. 3).

Proper notice has been given to the parties under 28 U.S.C. § 636(b)(1)(C), including notice that the parties may forfeit rights on appeal if they failed to file objections to the R&R in a timely manner. *United States v. Walters,* 638 F.2d 947 (6th Cir. 1981). No objections to the Magistrate Judge's R&R (Doc. 3) have been filed and the time to do so has expired.

Accordingly, it is **ORDERED** that the R&R (Doc. 3) of the Magistrate Judge is hereby **ADOPTED**. Consistent with the recommendation by the Magistrate Judge, the Plaintiff's remaining claims under §§ 1915(e)(2) and 1915A(b) for failure to state a claim upon which relief may be granted are **DISMISSED**.

    **IT IS SO ORDERED.**

                                          *s/Michael R. Barrett*
                                          Michael R. Barrett, Judge
                                          United States District Court