UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

**CHRISTOPHER ROBINSON,**

    **Plaintiff,**

  v.                               **Civil Action 1:24-cv-286**
                                      **Judge Michael R. Barrett**
                                      **Magistrate Judge Chelsey M. Vascura**

**ADDISON GATES,** *et al.***,**

    **Defendants.**

## REPORT AND RECOMMENDATION

This matter is before the undersigned for a Report and Recommendation on the Court's January 2, 2026 Show Cause Order (ECF No. 57). For the reasons that follow, it is **RECOMMENDED** that Plaintiff's claims against Defendant Addison Gates be **DISMISSED** pursuant to Federal Rule of Civil Procedure 41(b) for failure to prosecute.

The docket reflects that Defendant Addison Gates was served with the Amended Complaint on November 28, 2025, making his answer due December 19, 2025. (ECF No. 55.) To date, Gates has not filed an answer or other responsive pleading. Nor has Plaintiff applied for and obtained an entry of default from the Clerk pursuant to Federal Rule of Civil Procedure 55(a). On January 2, 2026, the Court ordered Plaintiff to show cause why his claims against Gates should not be dismissed for want of prosecution within fourteen days unless Plaintiff had moved for entry of default against Gates in the interim. (ECF No. 57.)

To date, Plaintiff has not responded to the Show Cause Order and has not moved for entry of default. It is therefore **RECOMMENDED** that Plaintiff's claims against Defendant Addison Gates be **DISMISSED** pursuant to Rule 41(b) for failure to prosecute.

## PROCEDURE ON OBJECTIONS

If any party objects to this Report and Recommendation, that party may, within fourteen (14) days of the date of this Report, file and serve on all parties written objections to those specific proposed findings or recommendations to which objection is made, together with supporting authority for the objection(s). A District Judge of this Court shall make a *de novo* determination of those portions of the Report or specified proposed findings or recommendations to which objection is made. Upon proper objections, a District Judge of this Court may accept, reject, or modify, in whole or in part, the findings or recommendations made herein, may receive further evidence or may recommit this matter to the Magistrate Judge with instructions. 28 U.S.C. § 636(b)(1).

The parties are specifically advised that failure to object to the Report and Recommendation will result in a waiver of the right to have the District Judge review the Report and Recommendation *de novo*, and also operates as a waiver of the right to appeal the decision of the District Court adopting the Report and Recommendation. *See Thomas v. Arn*, 474 U.S. 140 (1985); *United States v. Walters*, 638 F.2d 947 (6th Cir. 1981).

/s/ *Chelsey M. Vascura*
CHELSEY M. VASCURA
UNITED STATES MAGISTRATE JUDGE