**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF OHIO**
**WESTERN DIVISION**

**CHRISTOPHER ROBINSON,**

**Plaintiff,**

**v.**

**Civil Action 1:24-cv-286**
**Judge Michael R. Barrett**
**Magistrate Judge Chelsey M. Vascura**

**ADDISON GATES, *et al.*,**

**Defendants.**

**ORDER**

This matter is before the Court on Plaintiff's Motion for Limited Modification of the Scheduling Order and to Compel Two Depositions. (ECF No. 70.) Therein, Plaintiff represents that he did not seek the depositions of Defendant Gates or a representative of Defendant the City of Middletown previously because he was awaiting a ruling on his Motion for Leave to Amend Complaint (ECF No. 66). Now that the Court has denied that motion (*see* ECF No. 69), Plaintiff seeks an extension of the discovery deadline from August 13, 2026, to September 4, 2026, and an extension of the dispositive motions deadline from September 14, 2026, to October 5, 2026. (ECF No. 70.)

Plaintiff has shown good cause to extend the case schedule under Federal Rule of Civil Procedure 16. As the Court's ruling on Plaintiff's motion for leave to amend the complaint had implications for the scope of depositions, taking Defendants' depositions earlier would have resulted in uncertainty as to whether the depositions were subject to re-opening after the Court's ruling. Further, Plaintiff moves for the extension prior to the existing deadlines and seeks only a modest three-week extension. As this is the first requested extension of the case schedule, and

the relevance of Defendants' depositions cannot reasonably be questioned, Defendants also will not be prejudiced by the extension. The Court acknowledges that Defendants oppose the extension, but nevertheless finds good cause to extend the case schedule.

Accordingly, Plaintiff's Motion (ECF No. 70) is **GRANTED**. The case schedule is **EXTENDED** as follows:

- The discovery period is extended, *for the limited purpose* of completing depositions of Defendant Addison Gates and a representative of Defendant the City of Middletown, until **SEPTEMBER 4, 2026**;
- Any dispositive motions must be filed by **OCTOBER 5, 2026**; and
- Any motions raising the defense of qualified immunity must be filed **OCTOBER 5, 2026**.

The parties are **ORDERED** to promptly confer on mutually agreeable dates for the depositions of Defendant Addison Gates and a representative of Defendant the City of Middletown to take place via Zoom before the close of discovery. Plaintiff shall promptly serve corrected notices of deposition after the dates are selected. The Rule 30(b)(6) notice shall be directed to the City, shall be limited to matters relevant to the operative Second Amended Complaint, and shall not include a new request for production of documents.

**IT IS SO ORDERED.**

/s/ *Chelsey M. Vascura*
CHELSEY M. VASCURA
UNITED STATES MAGISTRATE JUDGE